















AXC   7/6/01   9:53

3:75-CR-01336   USA V. RODRIGUEZ-LUGO

*21*

*CRMO.*

SOUTHERN DISTRICT OF CALIFORNIA

| HON. HOWARD B. TURRENTINE | DEPUTY CLERK: P. TAGLIAFERRI | RECORDER:JOANNE MILLER |
|---|---|---|

75CR1336-T      U.S.A.      VS      ANTONIO RODRIGUEZ-LUGO (1)(B) #

HEARING ON OSC FOR                    FEDERAL DEFENDERS, INC.
VIOLATIONS OF                         BY: SHEILLA O'CONNOR
SUPERVISED RELEASE.

                                      AUSA: ORLANDO GUTIERREZ S/A: CHRIS
                                      TENORIO
=======================================================================

DEFT ARRAIGNED ON OSC RE REVOCATION OF SUPERVISED RELEASE
DENIED ALLEGATIONS
DEFENDANT'S ORAL MOTION TO DISMISS OSC - GRANTED.

DATE: _7/2/01_
CC: PROBATION

_PT_
Deputy